People of the State of Illinois ex rel. James V. Cunningham, State's Attorney of Peoria County, Illinois, Plaintiff-Appellee, v. James Lewis, Alias John Doe, and the Unknown Owner or Owners, Tenant or Tenants, Occupant or Occupants, Lessee or Lessees of the Premises Described as: All of Lot Three (3) in Block Fifty-Four (54) in Ballance's Addition to the City of Peoria, Situated in the City of Peoria, County of Peoria and State of Illinois, Together With All Improvements Thereon, and All Persons Claiming Any Interest in Said Premises by Virtue of Any Contract, Agreement, Assignment, Bill of Sale, or Other Conveyance, by James Lewis, Individually, Respondent-Appellant.

Gen. No. 11,727.

Second District, First Division.

October 14, 1963.

Rehearing denied November 12, 1963.

Robert H. Jones, of Peoria, for appellant; James V. Cunningham, State's Attorney, of Peoria (George R. Kennedy and Donald W. Bornholdt, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE McNEAL. Not to be published in full.